**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2**
**Eastern Division**

Leticia Vargas

                        Plaintiff,

v.                                                 Case No.: 1:18−cv−01865
                                                        Honorable John Robert Blakey

Sheriff of Cook County, et al.

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, June 20, 2018:

      MINUTE entry before the Honorable John Robert Blakey: This Court grants Plaintiff's motion to extend the deadline to file her amended complaint by three days to 6/22/18 [28]. The notice of motion date of 6/26/18 is stricken and the parties need not appear. Mailed notice (ao,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.