# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Leticia Vargas

                              Plaintiff,

v.                                                         Case No.: 1:18–cv–01865
                                                                Honorable Steven C. Seeger

Sheriff of Cook County, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 28, 2019:

      MINUTE entry before the Honorable Steven C. Seeger: Status hearing held on October 28, 2019. Counsel discussed the Initial Status Report for Reassigned Case. Upon request from the parties, the Court extends the close of discovery to January 26, 2019. The Court vacates the current July 20, 2020 trial date. Status hearing set for February 4, 2020 at 9:00 a.m. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.