# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Leticia Vargas

                                   Plaintiff,

v.                                                Case No.: 1:18–cv–01865
                                                         Honorable Steven C. Seeger

Sheriff of Cook County, et al.

                                   Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 17, 2019:

      MINUTE entry before the Honorable Steven C. Seeger: Status hearing held on December 17, 2019. As the Court directed in its prior Order (Dckt. No. [94]), defense counsel shall file an update on the missing videos by Dec. 17. Defense counsel orally reported that the videos in question were destroyed in 2016. Counsel discussed the status of discovery. The parties will confer about the number of depositions. The January 26, 2020 discovery deadline remains in place, but the parties may file an agreed motion for a brief extension of time. Defendant's motion for protective order (Dckt. No. [95]) is taken under advisement. The Court reminded counsel of the need to forgo tainting the jury pool. Status hearing set for January 16, 2020 at 9:30 a.m. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.