IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Leticia Vargas, Administrator of the Estate of Angel Cruz, | ) ) ) |
| *Plaintiff,* | ) 18-cv-1865 ) |
| -vs- | ) *(Judge Seeger)* ) ) |
| Sheriff of Cook County, et al., | ) ) |
| *Defendants.* | ) |

**STIPULATION OF DISMISSAL OF DEFENDANT SUPASANGUAN**

It is stipulated between the parties, by their respective undersigned counsel, that this action may be dismissed, with prejudice and without costs, as to defendant Jaruwan Supasanguan. The case continues against the remaining defendants.

Respectfully submitted,

/s/ Joel A. Flaxman
Joel A. Flaxman
ARDC No. 6292818
Kenneth N. Flaxman
200 S Michigan Ave, Ste 201
Chicago, IL 60604
(312) 427-3200
*Attorneys for Plaintiff*

/s/ John Power (with consent)
Francis J. Catania, ASA
John Power, ASA
Civil Rights Section
500 Richard J. Daley Center
Chicago, Illinois 60602
(312) 603-7930
*Attorneys for Defendant Sheriff*

/s/ William R. Ragen (with consent)
William R. Ragen, ASA
Civil Rights Section
500 Richard J. Daley Center
Chicago, Illinois 60602
(312) 603-7944
*Attorney for Cook County and Individually Named Cook County Employees*

-2-

-2-