**Exhibit 1, Costs**

| Type | Date | payee | amount |
|---|---|---|---|
| Expert | 1/16/2018 | Central Indiana Forensic Associates LLC | $300.00 |
| Filing Fee | 3/13/2018 | Clerk, Circuit Court of Cook County | $453.00 |
| Filing Fee | 3/14/2018 | Clerk, USDC | $350.00 |
| Bond, Probate | 6/27/2018 | Trausch Insurance Agency, Ltd. | $100.00 |
| Service of Process | 6/27/2018 | LaSalle Process Servers, LP | $364.50 |
| Record Retrival | 8/3/2018 | Illinois Department of DFR | $7.00 |
| Service of Process | 11/27/2018 | Lynn Bagley | $75.00 |
| Bond, Probate | 5/14/2019 | Trausch Insurance Agency, Ltd. | $100.00 |
| Expert | 7/24/2019 | Dr. Daphne Glindmeyer | $5,000.00 |
| Record Retrival | 9/18/2019 | Illinois State Police | $30.00 |
| Deposition | 10/11/2019 | McCorkle Litigation Services, Inc. | $370.00 |
| Deposition | 11/20/2019 | Royal Reporting Service, Inc. | $328.49 |
| Deposition | 2/3/2020 | McCorkle Litigation Services, Inc. | $2,401.00 |
| Bond, Probate | 4/27/2020 | Trausch Insurance | $100.00 |
| Deposition | 8/24/2020 | McCorkle Court Reporters | $319.90 |
| Deposition | 9/4/2020 | McCorkle | $879.50 |
| Deposition | 9/4/2020 | McCorkle | $522.70 |
| Deposition | 9/4/2020 | Royal Reporting | $314.15 |
| Deposition | 9/4/2020 | Royal Reporting | $274.50 |
| Deposition | 10/21/2020 | McCorkle Litigation Services | $633.05 |
| Witness Fee | 11/3/2020 | Dr. Hythem Zayed | $850.00 |
| Record Retrival | 11/14/2020 | AmITA Hinsdale Hospital | $30.00 |
| Deposition | 11/16/2020 | McCorkle Litigation Services, Inc. | $534.50 |
| Deposition | 12/8/2020 | McCorkle Litigation Services, Inc. | $616.30 |
| Expert | 12/18/2020 | Edward Monico, MD | $525.00 |
| Deposition | 1/14/2021 | McCorkle Litigation Services, Inc. | $257.30 |
| Expert | 1/20/2021 | Daphne Glindmeyer, M.D. | $5,000.00 |
| expert | 2/1/2021 | Courtroom Animation | $5,187.50 |
| Expert | 3/1/2021 | Daphne Glindmeyer, M.D. | $6,875.00 |
| Expert | 3/1/2021 | Evadne Marcolini, MD | $5,500.00 |
| Deposition | 3/3/2021 | McCorkle Litigation Services, Inc. | $895.15 |
| Expert | 3/24/2021 | Courtroom Animation | $5,187.50 |
| Deposition | 4/5/2021 | Magna Legal Services | $862.40 |
| Deposition | 4/5/2021 | Magna Legal Services | $781.45 |
| Record Retrival | 5/27/2021 | Illinois Trial Lawyers Association | $14.00 |
| | | TOTAL | $46,038.89 |